AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fogel, Jeremy D. | 2. Court or Organization<br><br>N. D. California | 3. Date of Report<br><br>05/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>280 South First Street<br>San Jose, California 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer in law | Stanford Law School |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/81 | California Judicial Retirement System: entitled to approximately 61% of then-current salary of Superior Court Judge as of my 63rd birthday |
| 2. | |
| 3. | |

·

**Fogel , Jeremy D.**

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Stanford Law School (teaching) | $10350 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Los Gatos-Saratoga Joint Union High School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University Law School | 3/18/2010-3/19/2010 | Malibu, CA | Speak at conference | Transportation, meals and lodging |
| 2. | George Washington University | 5/10/2010-5/11/2010 | Washington, DC | Speak at conference | Transportation, meals and lodging |
| 3. | Federal Circuit Bar Association | 6/25/2010-6/26/2010 | Colorado Springs, CO | Speak at conference | Transportation, meals and lodging |
| 4. | INTERPOL, Underwriters' Laboratories | 10/16/2010-10/22/201C | Hong Kong, China | Speak at conference | Transportation, meals and lodging |
| 5. | State Bar of California, Intellectual Property Law Section | 10/29/2010-10/30/201C | Napa, CA | Speak at conference | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Western Investments (assets below) | | | | | Redeemed (part) | 04/01/10 | K | | |
| 2. | | | | | Redeemed (part) | 09/09/10 | K | | |
| 3. --Russell Core Equity Fund Cl I (fmr Russell Equity I) | A | Distribution | J | T | | | | | |
| 4. --Russell Tax-Managed Lg Cap Fund | C | Distribution | K | T | | | | | |
| 5. --Russell Intl Developed Markets Fund I (fmr Russell Intl I) | | None | K | T | | | | | |
| 6. --Russell Emerging Markets | A | Distribution | J | T | | | | | |
| 7. --Russell Tax Exempt Bond | B | Int./Div. | L | T | | | | | |
| 8. --Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 9. --Russell Tax-Mgd Mid & Sm Cap Fund | C | Distribution | K | T | | | | | |
| 10. Morgan Stanley Dean Witter IRA #1 (assets below) | | | | | | | | | |
| 11. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 12. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 13. --Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 14. --John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 15. --Unit Van Kampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | K | T | | | | | |
| 16. Morgan Stanley Dean Witter IRA #2 (assets below) | | | | | | | | | |
| 17. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 19.  --MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 20.  --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 21.  --John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 22.  --MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 23.  --MS Spectrum Select | A | Dividend | J | T | | | | | |
| 24.  World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 25.  World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 26.  Trust #1 (assets below) | | | | | | | | | |
| 27.  --City National Bank Ladder Account | C | Interest | P1 | T | | | | | |
| 28.  LTCQ, Inc. common stock | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 05/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Fogel, Jeremy D. | 2. Court or Organization N. D. California | 3. Date of Report 06/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - active | 5a. Report Type (check appropriate type)<br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address United States Courthouse 280 South First Street San Jose, California 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer in law | Stanford Law School |
| 2. Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/81 | California Judicial Retirement System: entitled to approximately 61% of then-current salary of Superior Court Judge as of my 63rd birthday |
| 2. | |
| 3. | |

Fogel , Jeremy D.  A

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Stanford Law School (teaching) | $10350 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Los Gatos-Saratoga Joint Union High School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University Law School | 3/18/2010-3/19/2010 | Malibu, CA | Speak at conference | Transportation, meals and lodging |
| 2. | George Washington University | 5/10/2010-5/11/2010 | Washington, DC | Speak at conference | Transportation, meals and lodging |
| 3. | Federal Circuit Bar Association | 6/25/2010-6/26/2010 | Colorado Springs, CO | Speak at conference | Transportation, meals and lodging |
| 4. | INTERPOL, Underwriters' Laboratories | 10/16/2010-10/22/201C | Hong Kong, China | Speak at conference | Transportation, meals and lodging |
| 5. | State Bar of California, Intellectual Property Law Section | 10/29/2010-10/30/201C | Napa, CA | Speak at conference | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Fidelity Investments (assets listed below) | | | | | | | | | |
| 2.   --Russell Core Equity Fund Cl I (fmr Russell Equity I) | A | Distribution | J | T | Sold (part) | 04/05/10 | J | A | |
| 3. | | | | | Sold (part) | 09/10/10 | J | A | |
| 4. | | | | | Sold (part) | 12/31/10 | J | A | |
| 5.   --Russell Tax-Managed Lg Cap Fund | C | Distribution | K | T | Sold (part) | 04/05/10 | J | A | |
| 6. | | | | | Sold (part) | 09/10/10 | J | A | |
| 7. | | | | | Sold (part) | 12/31/10 | J | A | |
| 8.   --Russell Intl Developed Markets Fund I (fmr Russell Intl I) | | None | K | T | Sold (part) | 04/05/10 | J | A | |
| 9. | | | | | Sold (part) | 09/10/10 | J | A | |
| 10.   --Russell Emerging Markets | A | Distribution | J | T | Sold (part) | 04/05/10 | J | A | |
| 11. | | | | | Sold (part) | 09/10/10 | J | A | |
| 12.   --Russell Tax Exempt Bond | B | Int./Div. | L | T | Sold (part) | 04/05/10 | J | A | |
| 13. | | | | | Sold (part) | 09/10/10 | J | A | |
| 14. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 15.   --Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 16.   --Russell Tax-Mgd Mid & Sm Cap Fund | C | Distribution | K | T | Sold (part) | 04/05/10 | J | A | |
| 17. | | | | | Sold (part) | 09/10/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 06/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 12/31/10 | J | A | |
| 19. Morgan Stanley Dean Witter IRA #1 (assets below) | | | | | | | | | |
| 20. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 21. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 22. --Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 23. --John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 24. --Unit Van Kampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | K | T | | | | | |
| 25. Morgan Stanley Dean Witter IRA #2 (assets below) | | | | | | | | | |
| 26. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 27. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 28. --MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 29. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 30. --John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 31. --MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 32. --MS Spectrum Select | A | Dividend | J | T | | | | | |
| 33. World Savings IRA (CD) | A | Interest | J | T | | | | | |
| 34. World Savings IRA (CD) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1 (assets below) | | | | | | | | | |
| 36. --City National Bank Ladder Account | C | Interest | P1 | T | | | | | |
| 37. LTCQ, Inc. common stock | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Jeremy D. Fogel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544